IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOE HAND PROMOTIONS, INC.,

          Plaintiff,

v.

JOHN JAY MALLICAK d/b/a TOP HAT BAR,
and KRISTINE MALLICK d/b/a TOP HAT BAR,

          Defendants.

ORDER FOR SETTLEMENT AND DISMISSAL

12-cv-551-wmc

---

Pursuant to a stipulated settlement between the Plaintiff, JOE HAND PROMOTIONS, INC., by its attorney, Peter S. Balistreri, and the Defendants, JOHN JAY MALLICAK d/b/a TOP HAT BAR and KRISTINE MALLICK d/b/a TOP HAT BAR,

IT IS ORDERED that:

1. The defendants shall pay to the plaintiff the total sum of $5,000.00 in settlement of the case on the following terms:

    (a) $2,500.00 on or before November 1, 2013;

    (b) $500.00 on or before December 1, 2013;

    (c) $500.00 on or before January 1, 2014;

    (d) $500.00 on or before February 1, 2014;

    (e) $500.00 on or before March 1, 2014; and

    (f) $500.00 on or before April 1, 2014;

Said payments shall be made payable to Dubin & Balistreri, Ltd. Client Trust Account and sent to Dubin & Balistreri, Ltd., 1551 North Prospect Avenue, Milwaukee, WI

53202.

2. Should the Defendants fail to make a scheduled payment on or before the day for which such payment is due, Plaintiff shall have the right, upon the filing of an affidavit of default, without notice to the Defendants, to reopen this matter and take judgment against the Defendants in the amount of $10,000.00 plus costs less any payments which have been made pursuant to this Stipulation. Plaintiff's acceptance of one or more late payments by the Defendants shall not constitute a waiver of Plaintiff's rights under this Stipulation.

3. Upon full and final payment of this Stipulation, the Plaintiff shall provide a Release for any and all claims arising from the pleadings alleged in this case.

4. The court retains jurisdiction for the sole purpose of enforcing the parties' stipulated settlement as set forth above.

5. The Clerk of Court shall dismiss the above-captioned matter as to all Defendants without prejudice and without further costs to either party and close this case subject to reopening upon good cause shown.

Entered this 25th day of October, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge